**Jonathan M. Radmacher, OSB No. 924314**
E-mail: jonathanr@mcewengisvold.com
MCEWEN GISVOLD LLP
1100 S.W. Sixth Avenue, Suite 1600
Portland, OR  97204
Telephone: (503) 226-7321
Facsimile: (503) 243-2687
        Of Attorneys for Plaintiffs

**Aaron Hisel, OSB # 161265**
E-mail:  aaron@montoyahisellaw.com
Law Offices of Montoya, Hisel and Associates
901 Capitol St. NE
Salem, OR 97301
Telephone: (503) 480-7250
Facsimile: (503) 779-2716
        Of Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON, PORTLAND DIVISION

| | |
|---|---|
| **TAI N. DANG, HUE P. LE, and TUE NGUYEN,** | Civil No. 3:18-cv-01547-SI |
| Plaintiffs, | **JOINT STATUS REPORT** |
| v. | |
| **CITY OF ROCKAWAY BEACH**, | |
| Defendant. | |

The parties provide the following report to the Court, related to the underlying state court action which prompted the parties to request abatement of this matter.  The Oregon Court of Appeals ruled in the associated state case (318 Or. App. 777), affirming in part and reversing in part, and remanding to the trial court.  The parties just completed an unsuccessful mediation with the Honorable Henry Kantor, and are now awaiting the scheduling of a hearing before Judge Hill, to decide the remanded issue.

For these reasons, the parties request that this matter continue to be abated or stayed, to complete the remanded hearing in the state court litigation.

DATED this 28th day of September 2022.

MᴄEᴡᴇɴ Gɪsᴠᴏʟᴅ LLP

By:  _s/ Jonathan M. Radmacher_
        Jonathan M. Radmacher, OSB No. 924314
        Of Attorneys for Plaintiffs

LAW OFFICES OF MONTOYA, HISEL AND ASSOCIATES

By:  _s/ Aaron Hisel_
        Aaron Hisel, OSB No. 161265
        Of Attorneys for Defendant

JOINT STATUS REPORT
PAGE  2 OF 2
CASE NO. 3:18-cv-01547-SI

**McEWEN GISVOLD LLP**
**1100 S.W. Sixth Avenue, Suite 1600**
**Portland, Oregon 97204**
**Telephone: (503) 226-7321; Facsimile: (503) 243-2687**
**Email: jonathanr@mcewengisvold.com**